

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00816-CV

**IN THE INTEREST OF A.M.R.**, K.N.R. and D.M.R., Children

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 19-254B
Honorable Rex Emerson, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios Justice
                Beth Watkins, Justice

Delivered and Filed: January 15, 2020

DISMISSED

A filing fee of $205.00 was due when Aaron Michael Rogers filed his notice of appeal. *See* TEX. R. APP. 5; TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME COURT AND THE COURTS OF APPEALS AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 159158, Aug. 28, 2015). Rogers did not pay the required filing fee; accordingly, the clerk of this court notified him by letter dated November 19, 2019, that his notice of appeal was conditionally filed and the filing fee was due no later than December 2, 2019. On December 6, when the fee remained unpaid, this court ordered that Rogers must, not later than December 23, 2019, either (1) pay the filing fee or (2) provide written proof to this court that he is indigent or otherwise excused from paying the fee. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay at the time an

item is presented for filing whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."). The court advised Rogers that if he failed to respond satisfactorily within the time ordered, the appeal would be dismissed without further notice.

Rogers has not paid the filing fee or otherwise responded to our order. We therefore dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3.

PER CURIAM